IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2970

K.J., MOTHER OF K.K.G.J,
MINOR CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Opinion filed September 20, 2016.

An appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

Lara Mason of Mason Law Firm, P.A., Ponte Vedra Beach, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; David Paul Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.